AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
APR 29 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 24-mj-7101
U.S. Postal Service Priority Mail Parcel )
# 9434 6362 0624 8868 1208 08 )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Central    District of     Illinois    
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before     May 9, 2024     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Jonathan E. Hawley    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  4/25/24 at 3:12 pm
CDT

City and state:   Peoria, Illinois                    Jonathan E. Hawley, United States Magistrate Judge
                                                     *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>24-MJ-  7101 | Date and time warrant executed:<br>4/25/24 at 4:09 p.m. | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>US Postal Inspector Vince Humphrey | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>USPS Priority Mail Parcel #9434 6362 0624 8868 1208 08:<br><br>- Five vacuum sealed clear plastic bags containing suspected cannabis with a total approximate weight of 5,314.3g, with packaging.  The contents field tested positive for the presence of THC. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  4/26/24

s/J Haley
*Executing officer's signature*

USPIS TFO Jonathan Haley
*Printed name and title*

## ATTACHMENT A

| | |
|---|---|
| SUBJECT PARCEL: | USPIS Champaign Office |
| USPS Tracking Number: | 9434 6362 0624 8868 1208 08 |
| Sender Address: | 835 Stapp Rd., McKinleyville, CA 95519 |
| Recipient Address: | 977 E Elm Street, Danville, IL 61832 |
| Parcel Dimensions: | 18 inches x 18 inches x 18 inches |
| Parcel Weight: | 20 pounds, 3 ounces |



## ATTACHMENT B

Evidence of shipping narcotics in the drug trafficking trade, including but not limited to, controlled substances, analog substances there-of, packaging, proceeds, United States Currency, correspondence, written correspondence, identification of sender or receiver, evidence of payment proceeds or receipt, or any paraphernalia related to violations of 21 U.S.C. § 841(a)(1) or 18 U.S.C. § 1952.